FILED

03/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0506

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0506

| | |
|---|---|
| NICK BROOKE, ETHAN LERMAN, and BRIAN WEST, individually and on behalf of all others similarly situated, *Plaintiffs,* *v.* STATE OF MONTANA; STEVE BULLOCK, in his official capacity as Governor; and RHONDA SCHAFFER, in her official capacity as the Director of the Office of the State Public Defender, *Defendants.* | ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME |

The Plaintiffs/Appellants have moved for a 14-day extension of time in which to file their reply brief. The motion is **GRANTED**. The reply brief is due April 6, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2020